**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

ERIC LAMAR HOLIFIELD, AIS 197006, :

    Petitioner, :

vs. : CA 18-0026-WS-MU

WARDEN CYNTHIA STEWART, :

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 15, 2018, is **ADOPTED** as the opinion of this Court.

**DONE** this 16th day of August, 2018.

                                            <u>s/WILLIAM H. STEELE</u>
                                            **UNITED STATES DISTRICT JUDGE**