**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

ERIC LAMAR HOLIFIELD, AIS 197006, :

   Petitioner, :

vs. : CA 18-0026-WS-MU

WARDEN CYNTHIA STEWART, :

   Respondent.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's rights were not violated in this cause and that his request for federal habeas corpus relief, pursuant to 28 U.S.C. § 2254 (Doc. 1), should be **DENIED**. Holifield is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 16th day of August, 2018.

                                                **s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE**